UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAMPSON,<br><br>           Plaintiff,<br><br>    v.<br><br>J. SULLIVAN, et.al.,<br>           Defendant. | CV F- 07-00034 OWW DLB P<br><br>ORDER GRANTING MOTION TO<br>FILE AMENDED COMPLAINT<br>[DOC 5] |

      Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint in this action on January 8, 2007.  On February 20, 2007, plaintiff filed a motion to amend the complaint.  Plaintiff may amend the complaint without leave of court

      Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served.  Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires.  Fed. R. Civ. Pro. 15(a).  The complaint in this case has not yet been served on defendants.

      Accordingly, plaintiff's motion to file an amended complaint is GRANTED.  Plaintiff shall file his amended complaint within 30 days of this Order.  Plaintiff is advised that the amended complaint must be "complete in itself without reference to the prior or superceded pleading," Local

Rule 15-220.

IT IS SO ORDERED.

**Dated:   August 31, 2007**           /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE