UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAMPSON,<br><br>             Plaintiff,<br><br>     vs.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>             Defendants.<br>_____/ | 1:07-cv-00034-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Michael Sampson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 25, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1   In accordance with the provisions of 28 U.S.C.
2   § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3   <u>de novo</u> review of this case.  Having carefully reviewed the
4   entire file, the Court finds the Findings and Recommendations to
5   be supported by the record and by proper analysis.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.   The Findings and Recommendations, filed January 25,
8   2008, are ADOPTED IN FULL; and,
9   2.   This action is DISMISSED based on plaintiff's failure
10  to obey the court's order of October 22, 2007.
11  IT IS SO ORDERED.
12  **Dated:   March 7, 2008**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE